1   CHRISTOPHER CHIOU
    Acting United States Attorney
2   District of Nevada

3   DANIEL P. TALBERT, SBN OH 0084088
    Special Assistant United States Attorney
4   160 Spear Street, Suite 800
    San Francisco, California 94105
5   Telephone: (510) 970-4860
    Facsimile: (415) 744-0134
6   E-Mail: Daniel.Talbert@ssa.gov

7   Attorneys for Defendant

8

9

10                      **UNITED STATES DISTRICT COURT**

11                          **DISTRICT OF NEVADA**

12   DONALD MOODY,                        )
                                          )   Case No.: 2:21-cv-01057-VCF
13              Plaintiff,                )
                                          )   **UNOPPOSED MOTION FOR A FIRST**
14         vs.                            )   **EXTENSION OF TIME TO FILE CERTIFIED**
                                          )   **ADMINISTRATIVE RECORD AND ANSWER;**
15   KILOLO KIJAKAZI,                     )   **DECLARATION OF JEBBY RASPUTNIS**
     Acting Commissioner of Social Security, )
16                                        )   (*FIRST REQUEST- AMENDED*)
                Defendant.[1]             )
17                                        )

18

19

20

21

22

23

24

_____

25   [1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule
     25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for
26   Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason
     of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1    Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by

2    and through her undersigned attorneys, hereby moves for a first sixty-day extension of time to file the

3    Certified Administrative Record (CAR) and answer to Plaintiff's Complaint.  The CAR and answer to

4    Plaintiff's Complaint are due to be filed by August 16, 2021.

5    Defendant makes this request in good faith and for good cause, because the CAR, which must be

6    filed with the Answer and is necessary to adjudicate the case, is not yet available.  The public health

7    emergency pandemic caused by COVID-19 has significantly impacted operations in the Social Security

8    Administration's Office of Appellate Operations (OAO) in Falls Church, Virginia, which is responsible

9    for producing the CAR that must be filed with the Answer, per 42 U.S.C. §§ 405(g) and (h).  As detailed

10   in the attached declaration from Jebby Rasputnis, Executive Director of the OAO, beginning mid-March

11   2020, OAO restricted physical access to the Falls Church building, which impacted the production of

12   CARs because physical access was previously required to produce CARs.  OAO has since developed and

13   employed a new business process to produce CARs.  Much of the difficulty in producing CARs stemmed

14   from the old process of transmitting hearing recordings to vendors for transcription, how the vendors

15   transcribed the recordings, and how the vendors provided the completed transcripts to OAO.  OAO

16   changed this process by reworking how the audio files are submitted, seeking additional vendor capacity,

17   and increasing in-house transcription capacity.  With these changes, OAO is now able to produce more

18   than 700 transcripts per week, a significant increase over the pre-COVID-19 average of 300–400 hearing

19   transcripts per week.

20   Despite these improvements, OAO still faces a significant backlog of cases due to the combined

21   effects of pandemic-related disruption and a marked increase in district court filings (up almost 800 cases

22   per month, a 54% increase). Overall, the timeframe for delivering a CAR in an individual case has

23   improved. Because of this, OAO is making progress in its backlog of cases. At the end of January 2021

24   OAO had 11,111 pending cases. As of August 9, 2021, OAO had 3,760 pending cases, representing a

25   decrease in our backlog of nearly 7,350 cases over seven months. OAO continues to work on increasing

26   productivity by collaborating with our vendors and searching out and utilizing technological

1  enhancements. Defendant asks this Court for its continued patience as OAO works to increase its

2  efficiency and production of CARs, reduce the current backlog, and address rising court case filings.

3  Counsel for Defendant further states that the Office of General Counsel (OGC) is monitoring receipt of

4  transcripts on a daily basis and is committed to filing Answers promptly upon receipt and review of the

5  administrative records.

6      Given the volume of pending cases, Defendant requests an extension in which to respond to the

7  Complaint until October 15, 2021.  If in sixty days the CAR is not prepared, the Commissioner will file a

8  status report with the Court as to when she expects the CAR to be completed.

9      On August 16, 2021, the undersigned conferred with Plaintiff's counsel, who confirmed that he

10  does not oppose this motion.  **Defendant files this amended motion to note Plaintiff's position, which**

11  **Defendant learned after the filing of the original motion.**

12      Defendant therefore respectfully requests that Defendant be granted an extension of time to file the

13  CAR and answer to Plaintiff's Complaint, through and including October 15, 2021.

14

15

16      Dated:  August 17, 2021          Respectfully submitted,

17                          CHRISTOPHER CHIOU
                           Acting United States Attorney

18
                           /s/ *Daniel P. Talbert*
19                          DANIEL P. TALBERT
                           Special Assistant United States Attorney

20

21

22                          IT IS SO ORDERED.

23
    IT IS HEREBY ORDERED that ECF No. 10   HON. CAM FERENBACH
24  is DENIED as MOOT.                UNITED STATES MAGISTRATE JUDGE

25                          DATED: _____8-17-2021_____

26

**CERTIFICATE OF SERVICE**

I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My business address is 160 Spear Street, Suite 800, San Francisco, California 94105.  I am not a party to the above-entitled action.  On the date set forth below, I caused service of  **UNOPPOSED MOTION FOR A FIRST EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER; DECLARATION OF JEBBY RASPUTNIS** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

> Hal Taylor
> haltaylorlawyer@gbis.com

> Attorneys for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

> Dated: August 17, 2021

/s/ *Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney
