Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD AMBROSE MOODY, | ) |
| Plaintiff, | ) CASE NO. 2:21-cv-01057-VCF |
| v. | ) |
| | ) **CONSENT MOTION** |
| | ) **FOR EXTENSION OF TIME TO FILE** |
| KILOLO KIJAKAZI[1], | ) **PLAINTIFF'S BRIEF** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

Plaintiff, Donald Ambrose Moody, by his attorney, Hal Taylor, Esq., Of Counsel, Olinsky Law Group, hereby moves for a forty-five (45) extension of time to file Plaintiff's Opening Brief. Plaintiff's opening brief is currently due to be filed November 15, 2021.

Due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met by Plaintiff's Counsel.

Wherefore, Plaintiff requests an extension from December 30, 2021 up to and including

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on 7/9/2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the Defendant in this suit.

1

January 29, 2022 to file her brief. Counsel for the Plaintiff has conferred with Defendant's Counsel who kindly consents to this request.

Dated this 8th day of November, 2021.

                    Respectfully submitted,

*/s/Hal Taylor*
Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 W. Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
HalTaylorLawyer@GBIS.com

## Plaintiff's Certificate of Service:

I certify that I caused the Motion for Extension of Time to be served today, November 8, 2021, by CMECF to Christopher Chiou and Daniel P. Talbert, who are the filing users of the CM/ECF system.

*/s/Hal Taylor*
Hal Taylor, Esq.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  11-15-2021