CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

DANIEL P. TALBERT, SBN OH 0084088
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4860
Facsimile: (415) 744-0134
E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

HAL TAYLOR
2551 W. Lakeridge Shores
Reno, Nevada 89519
Telephone: (775) 825-2223
Facsimile: (775) 329-1113
E-Mail: haltaylorlawyer@gbis.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DONALD AMBROSE MOODY,<br><br>    Plaintiff,<br><br>        v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:21-cv-01057-VCF<br><br>**JOINT MOTION FOR REMAND** |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner shall consider all pertinent issues de novo, including reconsidering the medical opinions and prior administrative medical findings regarding Plaintiff's mental impairments; offer Plaintiff an opportunity for a new hearing; further develop the record as necessary; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: March 25, 2022

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

*/s/ Hal Taylor*
HAL TAYLOR
(By email authorization)
Attorney for Plaintiff

IT IS SO ORDERED:

_____
HON. CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

DATED: 3-25-2022

**CERTIFICATE OF SERVICE**

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 160 Spear Street, Suite 800, San Francisco, California 94105. I am not a party to the above-entitled action. On the date set forth below, I caused service of **JOINT MOTION FOR REMAND** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

> Hal Taylor
> haltaylorlawyer@gbis.com
>
> Attorney for Plaintiff

Dated:  March 25, 2022

> */s/ Daniel P. Talbert*
> DANIEL P. TALBERT
> Special Assistant United States Attorney