Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Telephone: 775-825-2223
Facsimile: 775-329-1113
Email: haltaylorlawyer@gbis.com

Attorney for Plaintiff, Donald Ambrose Moody

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD AMBROSE MOODY,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:21-cv-01057-VCF<br><br>**STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff Donald Ambrose Moody be awarded attorney fees in the amount of five thousand six hundred forty-nine dollars and forty-seven cents ($5,649.47) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Olinsky Law Group.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees and expenses to be made directly to Olinsky Law Group, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Olinsky Law Group, 250 South Clinton Street, Suite 210, Syracuse, NY 13202 (EIN 26-2258247). Any payment of costs may be made either by electronic fund transfer (EFT) or by check.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Olinsky Law Group and Hal Taylor may have relating to EAJA attorney fees in connection with this action.

//

//

2

This award is without prejudice to the rights of Hal Taylor and/or Olinsky Law Group to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated: June 21, 2022        Respectfully submitted,

                                    OF COUNSEL, OLINSKY LAW GROUP

                                    */s/ Hal Taylor*
                                    HAL TAYLOR
                                    Attorney for Plaintiff

Dated: June 21, 2022        Respectfully submitted,

                                    CHRISTOPHER CHIOU
                                    Acting United States Attorney
                                    District of Nevada
                                    Nevada Bar No. 14853

                                    DANIEL P. TALBERT, SBN OH 0084088
                                    Special Assistant United States Attorney
                                    160 Spear Street, Suite 800
                                    San Francisco, California 94105
                                    Telephone: (510) 970-4860
                                    Facsimile: (415) 744-0134
                                    *(as authorized by email on June 15, 2022)*
                                    E-Mail: daniel.talbert@ssa.gov

                                    Attorneys for Defendant

                                    IT IS SO ORDERED:

                                    _____
                                    HON. CAM FERENBACH
                                    UNITED STATES MAGISTRATE JUDGE

                                    DATED:  June 22, 2022

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 250 South Clinton Street, Syracuse, NY 13202. On the date set forth below, I caused service of **STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Daniel P. Talbert
daniel.talbert@ssa.gov
Attorney for Defendant

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 21, 2022

                                          */s/ Hal Taylor*
                                          HAL TAYLOR
                                          Attorney for Plaintiff
                                          Of Counsel, Olinsky Law Group